NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEANNETTE L. CARRERO,       )
                            )
        Appellant,          )
                            )
v.                          )        Case No. 2D18-1459
                            )
KENYON & PARTNERS, INC. and )
REEMPLOYMENT ASSISTANCE     )
APPEALS COMMISSION,         )
                            )
        Appellees.          )
_____ )

Opinion filed December 5, 2018.

Appeal from the Reemployment
Assistance Appeals Commission.

Jeannette L. Carrero, pro se.

Amanda L. Neff, Deputy General
Counsel and Chief Appellate Attorney,
Reemployment Assistance Appeals
Commission, Tallahassee, for Appellee
Reemployment Assistance Appeals
Commission.

No appearance for remaining Appellee

PER CURIAM.

        Affirmed.

CASANUEVA, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.